UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUKASZ RUDKOWSKI,<br><br>        Plaintiff,<br><br>v.<br><br>VICE MEDIA LLC,<br><br>        Defendant. | Case No. 18-cv-7079-NGG-RER<br><br>STIPULATION OF DISMISSAL OF CIVIL ACTION WITH PREJUDICE (FRCP 41(a)(1)(A)(ii)) |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the Plaintiff, Lukasz Rudkowski, and counsel for the Defendant, Vice Media LLC that the parties have reached a settlement and that all claims asserted in the above-captioned action are dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), each party to bear its own costs.

/s/ James H. Freeman
James Freeman

Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
JF@LiebowitzLawFirm.com

Dated: August 23, 2019

*Attorneys for Plaintiff Lukasz Rudkowski*

/s/ Matthew G. Woleske

Maura J. Wogan
Matthew G. Woleske
Frankfurt Kurnit Klein & Selz PC
488 Madison Avenue
New York, New York 10022
Tele: 212-826-5524
MWogan@fkks.com
MWoleske@fkks.com

Dated: August 23, 2019

*Attorneys for Defendant Vice Media LLC*

SO ORDERED:

_____
Hon. Nicholas G. Garaufis